```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 60062
   TYRONE BONE
   GINA S BONE                                  CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-8443      SSN XXX-XX-1697
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 02/17/06.

2. The case was dismissed after confirmation, 08/24/2007.

3. The Debtor paid a total of $ 7123.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 7429.06 | .00 | 1291.21 |
| BAXTER CREDIT UNION | SECURED | 9792.54 | 1184.91 | 1463.24 |
| CONSUMER PORTFOLIO SERVI | SECURED | 700.00 | 72.90 | 107.01 |
| AMERICAN EXPRESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT & T SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 18799.55 | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1187.05 | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 673.04 | .00 | .00 |
| STATE FARM ILLINOIS FCU | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 988.18 | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 591.01 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1139.28 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | UNSECURED | 8997.42 | .00 | .00 |
| QC HOLDINGS | UNSECURED | 240.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17921.60 | .00 | 32615.53 | .00 | 50537.13 |

```
PRINCIPAL PAID            2861.46           .00           .00           .00      2861.46
INTEREST PAID             1257.81           .00           .00           .00      1257.81
TOTAL PAID                4119.27           .00           .00           .00      4119.27
```
The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     303.73 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/15/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE